# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/6/2015 4:16:15 PM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known):  **12 - 14 - 00310 - CV**

Trial Court Style:  Grove Club Lake vs. Brandon Saxon

Trial Court & County:  CCAL Smith County  Trial
Court No.:  61,853

Date Trial Clerk's Record Originally Due:  12-05-14

Date Court Reporter's/Recorder's Record Originally Due:  12-05-14

Anticipated Number of Pages of Record:  150 pgs

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:  (Check all that apply - attach additional pages if necessary.)

☒  to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☐  my duties listed below preclude working on this record:

☐  Other.  (Explain.):

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by _____,
and **I hereby request an additional _____ days** within which to prepare it.  TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

1-6-15                                                          /S/Kim Christopher

Date                                        Signature
903 590-1655

_____
Office Phone Number              Printed Name Kim Christopher
kchristopher@smith-county.com
E-mail Address (if available)              Official Title Court Reporter

Trial Clerk's/Court Reporter's Request for Ext/12th CA-CsL/Tyler/12-3-97/Rev.5-3-2001
TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:                    Lead Counsel for **APPELLEE(S)**:

Name:    Sean P. Healy                               Name:          Kevin          Giddens

Address: 100 E. Ferguson St., Ste. 716               Address:

  Tyler, Texas 75702

Phone no.:   903 592-7566                            Phone no.:

Attorney for:    Brandon Saxon                       Attorney for:

Lead Counsel for **APPELLANT(S)**:                    Lead Counsel for **APPELLEE(S)**:

Name:                                                Name:

Address:                                             Address:


Phone no.:                                           Phone no.:

Attorney for:                                        Attorney for:


Additional information, if any: